Civil Action No.   CV24-02530-PHX-DJH

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __ADAM BERMUDEZ__
was received by me on *(date)* __9/30/24__ .

☐ I personally served the summons on the individual at *(place)* _____
__8851 E ORO AVE, MESA, AZ 85212__ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
__JOHN DOE (REFUSED NAME), FATHER/CO-OCCUPANT__ , a person of suitable age and discretion who resides there,
on *(date)* __10/16/2024 @ 7:28 AM__ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __10/16/2024__

*Server's signature*

CHRIS KEILBART Certified Process Server
Maricopa County License #: MC-8919
*Printed name and title*

240 E. COURY AVE, STE 130, MESA, AZ 85210
*Server's address*

Additional information regarding attempted service, etc:
Sex: Male   Color of skin: Black   Color of hair: Bald   Glasses: No
Age: 50 - 55 Yrs   Height: 6' - 6'2   Weight: Over 200 Lbs.   Other Features:

Documents For Service
SUMMONS IN A CIVIL ACTION; COMPLAINT FOR VIOLATIONS OF: NEGLIGENT VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT; WILLFUL VIOLATIONS OF TELEPHONE CONSUMER PROTECTION ACT; ORDER

51977

 **ASAP SERVE, LLC**

240 E. COURY AVE, STE 130, MESA, AZ 85210  Phone 480-821-1552  --  FAX (480) 639-6462

# PAID

Attn:

CREWS, JASON
1515 N GILBERT RD., UNIT 107-204
GILBERT, AZ 85234

Due upon receipt
Invoice Date: 10/16/2024
Invoice #: 51977
Job#: 51977
Client File#: 12870

**TOTAL INVOICE AMOUNT DUE**

$0.00

THANK YOU FOR YOUR BUSINESS.

Job #: 51977   Your #: 12870
Plaintiff:  JASON CREWS
Defendant: ADAM BERMUDEZ
Case Number  CV24-02530-PHX-DJH
Documents: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR

Recipient:
ADAM BERMUDEZ

Person Served:
JOHN DOE (REFUSED NAME)
8851 E ORO AVE, MESA, AZ 85212

Date Received:
9/30/2024

Completed:
10/16/2024

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| ROUTINE SERVICE OF PROCESS | 1 | $85.00 | $85.00 |
| | | Job Total Due = | $0.00 |
| 9/30/2024   Payment Check # | | | $-85.00 |
| | | Job Total Recd = | -$85.00 |

| | |
|---|---|
| **TOTAL INVOICE CHARGES:** | $85.00 |
| **TOTAL INVOICE PAYMENTS:** | -$85.00 |
| **TOTAL INVOICE AMOUNT DUE:** | $0.00 |

Page 1