Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Jason Crews, | Case No.: CV-24-02530-PHX-DJH |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF SERVICE OF ORDER SETTING RULE 16 SCHEDULING CONFERENCE (DOC. 10) |
| Adan Bermudez | |
| Defendant | |

COMES NOW Plaintiff Jason Crews hereby notifies the Court that Adan Bermudez was served a copy of this Court's Order Setting Rule 16 Scheduling Conference (Doc. 10) via their attorney Paul M. Levine through email and USPS on October 24, 2024.

Dated this October 25, 2024.

/s/*Jason Crews*
Jason Crews

NOTICE OF SERVICE OF ORDER SETTING RULE 16 SCHEDULING CONFERENCE (DOC. 10) - 1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following CM/ECF registrants and mailed and emailed to anyone not registered:

By  */s/Jason Crews*

NOTICE OF SERVICE OF ORDER SETTING RULE 16 SCHEDULING CONFERENCE (DOC. 10) - 2