Jason Crews
1515 N Gilbert Rd 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:24-cv-02530-DJH |
| Plaintiff, | |
| v. | Plaintiff's Unopposed Application for |
| Adan Bermudez | Subpoena Duces Tecum |
| Defendant. | |

Pursuant to Federal Rules of Civil Procedure ("FRCP") Rules 45, and GENERAL ORDER 18-19, Plaintiff Jason Crews respectfully moves the court to instruct the Clerk of the Court to issue corrected proposed subpoena duces tecum to obtain evidence which he believes to be in the possession of third party Cellco Partnership DBA Verizon Wireless for the purposes of ascertaining the identity of the individual who he alleges placed a number of illegal telemarketing calls to his telephone number.

This motion is supported by Plaintiff's Unopposed Application for Subpoena Duces Tecum pursuant to Local Rules of Civil Procedure ("LRCiv") 7.2(b) and proposed order pursuant to LRCiv 7.1(b)(2) which were filed herewith.

Dated this November 9, 2024.

/s/*Jason Crews*

Jason Crews

1