Jason Crews
1515 N Gilbert Rd 107-204
Gilbert, AZ 85233
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| Jason Crews, | Case No.: 2:24-cv-02530-DJH |
|---|---|
| Plaintiff, | |
| v. | Memorandum in Support of Plaintiff's |
| Adan Bermudez | Unopposed Application for Subpoena Duces |
| Defendants. | Tecum |

Pursuant to Federal Rules of Civil Procedure ("FRCP") Rules 45, and GENERAL ORDER 18-19, Plaintiff Jason Crews respectfully moves the court to instruct the Clerk of the Court to issue corrected proposed subpoenas duces tecum to obtain evidence which he believes to be in the possession of third party Cellco Partnership DBA Verizon Wireless for the purposes of ascertaining the identity of the individual who he alleges placed a number of illegal telemarketing calls to his telephone number.

As the result of Plaintiff's investigation and action on evidence which he believed in good faith identify Defendant Adan Bermudez ("Bermudez") as the owner of the number (480)417-2184. As a result of that information and belief, Plaintiff initiated this action on September 23, 2024, Doc. 1, and served process on Defendant on October 16, 2024, Doc 9.

**Argument:**

Plaintiff has since conferred with Bermudez's counsel who maintains Plaintiff has misidentified his client as the owner of the telephone number which allegedly placed the calls. The parties have agreed that it is in the best interest of justice and the conservation of

MEMORANDUM - 1

Defendant's resources to subpoena Verizon to obtain the identity of the owner of the phone number before requiring an answer by Bermudez.

**Verizon**

Cellco Partnership DBA Verizon Wireless ("Verizon") maintains an retail location at 756 S Gilbert Rd #107, Gilbert, AZ 85296, https://maps.app.goo.gl/KiBnWCBcNjMigJEK6, which is approximately 3.1 miles away from Crew's address 1515 N Gilbert Rd, Gilbert AZ 8523, less than 100 miles, and compliant with rule 45(c)(2)(A).

Plaintiff has queried various public databases. Searching the above-described telephone numbers in this database reveals that the number (480) 417-2184 is serviced by Cellco Partnership DBA Verizon Wireless. This database does not reveal subscriber identity, however, as that information remains with the carrier, in this case, Cellco Partnership DBA Verizon Wireless.

As such, Crews, seeks the following from Verizon:

1. Any and all identifying information of the subscriber(s) associated with 480-417-2184 as of February 12, 2024 to present. This includes name, address, primary contact phone number, and email address. If the number has been ported, identify the name of the service provider to whom it was ported and the date of porting.

Dated this November 8, 2024.

/s/*Jason Crews*

Jason Crews

MEMORANDUM - 2