IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>          Plaintiff,<br><br>v.<br><br>Adan Bermudez,<br><br>          Defendant. | No. CV-24-02530-PHX-DJH<br><br>**ORDER** |

At issue is *pro se* Plaintiff Jason Crews's unopposed Motion for Issuance of Subpoena Duces Tecum. (Doc. 12). General Order 18-19 requires "any self-represented litigant who wishes to serve a subpoena" to file a motion for issuance of the subpoena. "The motion must (1) be in writing, (2) attach a copy of the proposed subpoena, (3) set forth the name and address of the witness to be subpoenaed and the custodian and general nature of any documents requested, and (4) state with particularity the reasons for seeking the testimony and documents." Gen. Ord. 18-19. Plaintiff has satisfied these requirements.

Accordingly,

**IT IS ORDERED granting** Plaintiff's Motion for Issuance of Subpoena Duces Tecum (Doc. 12).

Dated this 26th day of November, 2024.

Honorable Diane J. Humetewa
United States District Judge