Exhibit 1

**Tracking History for 00310903425614900151**

| | |
|---|---|
| Tracking as of: | 12/15/24 10:40:22 AM |
| Delivery step: | Prepared for carrier delivery (USPS phase 918) |
| Last scan location: | Kearny NJ 07099 |
| When scanned: | 12/01/2024  4:05:02 PM |
| Expect another scan? | Probably not. Piece should have been delivered. |
| Destination zip as addressed: | 07921 |
| Original predicted delivery: | 12/02/2024 |
| Updated delivery date: | 12/02/2024 |
| | |
| Delivery step: | Processed at destination sorting ctr - stage 1 (USPS phase 893) |
| Scan location: | Kearny NJ 07099 |
| When scanned: | 12/01/2024  10:25:54 AM |
| | |
| Delivery step: | Processed at originating sorting ctr - stage 1 (USPS phase 891) |
| Scan location: | Phoenix AZ 85026 |
| When scanned: | 11/27/2024  9:51:10 PM |
| | |
| Delivery step: | Postmarked at originating sorting center (USPS phase 004) |
| Scan location: | Phoenix AZ 85026 |
| When scanned: | 11/27/2024  8:32:12 PM |

Your item was accepted at Phoenix AZ 85026 on 11/27/2024