# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>    Plaintiff,<br><br>  v.<br><br>Adan Bermudez,<br>    Defendants. | Case No. 2:24-cv-02530-DJH<br><br>**[PROPOSED] ORDER GRANTING Plaintiff's Motion to Compel Third Party Cellco Partnership DBA Verizon Wireless – AZ Compliance with Subpoena Duces tecum** |

  Before the Court is Plaintiff's Motion to Compel Compliance with Subpoena, for Order to Show Cause, and Injunctive Relief. Having considered the Motion and good cause appearing,

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion is GRANTED.
2. Verizon shall, within seven (7) days of this Order: a. Comply with the subpoena served on or about November 27, 2024, seeking subscriber information for telephone number 480-417-2184; b. Produce all responsive documents directly to Plaintiff; and c. File a certification of compliance with this Court.
3. Verizon shall appear before this Court on _____, 2024, at _____ _.m., in Courtroom _____, to show cause why it should not be held in contempt for: a. Failing to comply with the lawfully served subpoena; b. Imposing requirements not found in Federal Rule of Civil Procedure 45; and c. Maintaining policies previously rejected by this Court.
4. Verizon shall, within thirty (30) days of this Order: a. Implement mandatory training for all subpoena compliance staff regarding obligations under Federal Rule of Civil Procedure 45; b. Develop and implement specific training materials addressing equal treatment of pro se litigants' subpoenas; c. Establish written procedures for proper handling of subpoenas from pro se litigants; and d. File a certification with this Court confirming completion of these requirements, including copies of the training materials and procedures developed.

5. Verizon shall pay Plaintiff's reasonable expenses incurred in making this motion, in an amount to be determined upon submission of appropriate documentation.

**IT IS SO ORDERED**.

Dated: _____

_____
Hon. Diane Joyce Humetewa
United States District Judge