Jason Crews
1515 N. Gilbert Rd 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

### PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:24-cv-02530-DJH |
| Plaintiff, | |
| v. | PLAINTIFF'S UNAPPOSED MOTION |
| Adan Bermudez | TO EXTEND RULE 16 DEADLINES |
| Defendants. | |

Plaintiff hereby jointly moves this Court for a 60-day extension of all pending Rule 16 Scheduling Order deadlines. In support of this motion, the parties state as follows:

- On October 24, 2024, this Court issued its Rule 16 Scheduling Order (Doc. 11) setting various case deadlines.
- Defendant has indicated they no longer own or control the telephone number at issue. The Verizon subpoena seeks information that would confirm the actual subscriber associated with this number during the relevant time period.
- With leave of this Court, Doc. 13, Plaintiff has served a subpoena duces tecum on non-party Verizon Wireless seeking subscriber information for telephone number 480-417-2184, which is critical to determining the proper parties to this litigation.

- Verizon has not complied with the subpoena, necessitating Plaintiff's Motion to Compel Third Party Cellco Partnership DBA Verizon Wireless Compliance with Subpoena Duces Tecum (Doc. 14) filed on December 17, 2024, which remains pending before this Court.
- The parties have agreed it is in the best interest of all parities to stay all case proceedings until Verizon responds to the subpoena, as this information could establish whether Defendant is a proper party to this action. Proceeding with litigation before confirming the proper parties would waste both judicial and party resources.
- Good cause exists for the requested extension because:
    - The subscriber information from Verizon is necessary to confirm whether Defendant is a proper party to this action;
    - Defendant asserts they no longer own the telephone number at issue, and proceeding with litigation before confirming the proper parties would be inefficient and potentially wasteful;
    - The requested extension will allow time for resolution of the pending Motion to Compel;
    - The extension will preserve both judicial and party resources by ensuring litigation proceeds against the correct parties;
    - The parties have mutually agreed to stay all case activities pending receipt of this critical information from Verizon.
- This is the parties' first request for an extension of the Rule 16 deadlines.
- This request is made in good faith and not for purposes of delay.

WHEREFORE, the parties respectfully request that the Court extend all pending Rule 16 Scheduling Order deadlines by 60 days.

Dated this 21th day of December, 2024.

/s/*Jason Crews*

Jason Crews
1515 N. Gilbert Rd 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*