**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jason Crews,<br><br>    Plaintiff,<br><br>    v.<br><br>Adan Bermudez,<br>    Defendants. | Case No. 2:24-cv-02530-DJH<br><br>**[PROPOSED] GRANTING PLAINTIFF'S UNAPPOSED MOTION TO EXTEND RULE 16 DEADLINES** |

  The Court, having considered the parties Joint Motion to Extend Rule 16 Deadlines, and good cause appearing,

  IT IS HEREBY ORDERED that:

- The parties' Joint Motion to Extend Rule 16 Deadlines is GRANTED.
- All deadlines set forth in the Court's Rule 16 Scheduling Order (Doc. 10) are extended by sixty (60) days.
- The parties shall file a joint status report within seven (7) days of receiving Verizon's response to the subpoena, informing the Court whether any further modifications to the schedule are needed.

**Dated this \_\_\_\_ day of _____, 2024. IT IS SO ORDERED**.

Dated: _____

_____
Hon. Diane Joyce Humetewa
United States District Judge