# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-24-02530-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Adan Bermudez, | |
| Defendant. | |

Before the Court is Plaintiff's unopposed "Motion to Extend Rule 16 Deadlines" (Doc. 15). The Court notes that this matter is set for a Rule 16 Scheduling Conference on January 15, 2025 (Doc. 10), and a Scheduling Order has yet to be issued. The Court construes Plaintiff's motion as a motion to continue the January 15, 2025, Rule 16 Scheduling Conference for 60 days.

Accordingly,

**IT IS ORDERED** granting Plaintiff's request (Doc. 15). The Rule 16 Scheduling Conference set for January 15, 2025, is **vacated** and **reset** to March 24, 2025, at 11:00 a.m. in Courtroom 605, Sandra Day O'Connor United States Courthouse, 401 W. Washington Street, Phoenix, Arizona 85003. **Plaintiff shall serve a copy of this order upon any Defendants who have not yet appeared and shall file notice of service.**

///

///

///

1    **IT IS FINALLY ORDERED** that the remainder of the Court's Order (Doc. 10) is
2 otherwise affirmed.
3    Dated this 26th day of December, 2024.

                                                            _____
                                                            Honorable Diane J. Humetewa
                                                            United States District Judge