Paul M. Levine, Esq. (007202)
**PAUL M. LEVINE, P.C.**
8502 E. Via de Ventura, Suite 230
Scottsdale, Arizona 85258
Telephone: (480) 302-4102
Facsimile: (480) 300-4984
plevine@pmlevinepc.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JASON CREWS,<br><br>            Plaintiff,<br><br>v.<br><br>ADAN BERMUDEZ,<br><br>            Defendant. | Case No.: 2:24-cv-02530-DJH<br><br>**NOTICE OF APPEARANCE**<br><br>(Hon. Diane J. Humetewa) |

    Pursuant to Rule 83.3 of the District Court Local Rules, notice is given that Paul M. Levine and the law firm of Paul M. Levine, P.C. is entering its appearance on behalf of Defendant Adan Bermudez in all further proceedings in this matter.

    **RESPECTFULLY SUBMITTED** this 31st day of March, 2025.

                                  **PAUL M. LEVINE, P.C.**

                                  By: */s/ Paul M. Levine*
                                      Paul M. Levine, Esq.
                                      8502 E. Via de Ventura, Suite 230
                                      Scottsdale, Arizona 85238
                                      *Attorney for the Defendant*

**ELECTRONICALLY FILED**
this 31st day of March, 2025.

**EMAILED**
this 31st day of March, 2025, to:

1

Jason Crews
1515 N. Gilbert Rd 107-204
Gilbert, AZ 85234
(602) 295-1875
Jason.crews@gmail.com
*In propria persona*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March, 2025, I caused my office to electronically transmit the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following counsel/parties in this matter:

Jason Crews
1515 N. Gilbert Rd 107-204
Gilbert, AZ 85234
(602) 295-1875
Jason.crews@gmail.com
*In propria persona*


*/s/ Sasha Bever*