# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>    Plaintiff,<br><br>    v.<br><br>Adan Bermudez,<br>    Defendants. | Case No. 2:24-cv-02530-DJH<br><br>**[PROPOSED] GRANTING PLAINTIFF'S EXPARTE MOTION TO LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT, SET SERVICE DEADLINES, AND ISSUE SUMMONS TO ALEJANDRO GARCIA** |

  The Court, having considered the parties Joint Motion to Extend Rule 16 Deadlines, and good cause appearing,

  IT IS HEREBY ORDERED that:

- Plaintiff request to file his First Amended Complaint is GRANTED.
- The Clerk of the Court shall issue Plaintiff's proposed subpoena.
- Plaintiff shall have 60 days to serve Alejandro Garcia.

  **Dated this \_\_\_\_ day of _____, 2024. IT IS SO ORDERED**.

Dated: _____

                                                                                                                                    _____
                                                                                                                                    Hon. Diane Joyce Humetewa
                                                                                                                                    United States District Judge