IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>           Plaintiff,<br><br>v.<br><br>Alejandro Garcia,<br><br>           Defendants. | No. CV-24-02530-PHX-DJH<br><br>**ORDER** |

Pursuant to this Court's Order (Doc. 23), Plaintiff was directed to file proof of service of the summons and First Amended Complaint on Defendant Alejandro Garcia on or before September 26, 2025. That deadline has long since expired. Having failed to comply with the Court's Order (Doc. 23),

**IT IS ORDERED** that on or before **November 10, 2025**, Plaintiff shall show good cause why this case should not be dismissed pursuant to Rule 4(m). Failure to show good cause by that date will result in dismissal of this case without further notice to Plaintiff.

Dated this 3rd day of November, 2025.

Honorable Diane J. Humetewa
United States District Judge