Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

| | |
|---|---|
| Jason Crews, | Case No.: 2:24-cv-02530-DJH |
| Plaintiff, | |
| v. | Notice of Dismissal Defendant Alejandro Garcia Without Prejudice |
| Alejandro Garcia, | |
| Defendants. | |

With Defendant Alejandro Garcia neither having answered nor filed a motion to dismiss or for summary judgment, Plaintiff Jason Crews, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses Adan Bermudez **without prejudice**, with each party to bear its own costs, attorney's fees, and all other fees.  See e.g. Bailey v. Shell Western E&P, Inc., 609 F.3d 710, 719 (5th Cir. 2010) (holding the plaintiff has the "absolute right" to a Rule 41(a)(1) dismissal, which right "may not be extinguished or circumscribed by adversary our court") (internal quotation marks and citations omitted).

1

Dated this November 10, 2025.

/s/*Jason Crews*

Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

By:  /s/*Jason Crews*

Jason Crews